# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| 24 HOUR EXPRESS and BARBARA LUCIA DE MALO RABELO,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services; CONNIE NOLAN, Associate Director, Service Center Operations Directorate,<br><br>  Defendants. | **MEMORANDUM DECISION AND DISMISSAL ORDER**<br><br>Case No. 2:24-cv-00508-AMA-DAO<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs have not appeared in this Court with recognized counsel nor *pro se*. On October 10, 2024, the Court extended the deadline to November 1, 2024, to appear with counsel or *pro se*. ECF No. 25. Plaintiffs did not respond. Plaintiffs also have not responded to the Court's subsequent Order to Show Cause by November 18, 2024, why the case should not be dismissed for failure to prosecute. ECF No. 28.

IT IS THEREFORE ORDERED that Plaintiff's complaint be DISMISSED without prejudice. This action is CLOSED.

SIGNED this 26th day of November, 2024.

_____
Ann Marie McIff Allen
United States District Judge